UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14056-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS EDUARDO SAENZ-FORERO,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on September 2, 2015 [DE 23].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for Friday, November 6, 2015 at 9:00 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 21st day of September, 2015.

                                              **KENNETH A. MARRA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    All counsel